IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00022-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN HERRERA-CRUZ,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing set for June 15, 2011, at 10:30 a.m. has been <u>rescheduled</u> to June 15, 2011, at 2:30 p.m.

    DATED:  May 24, 2011

                                                   BY THE COURT:

                                                   *s/ David M. Ebel*

                                                   _____
                                                   David M. Ebel
                                                   United States Circuit Judge