IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge David M. Ebel

Civil Action No. 12-cv-00177-DME
(Criminal Action No. 11-cr-00022-DME)

UNITED STATES OF AMERICA,

v.

MARTIN HERRERA CRUZ,

    Defendant.

## ORDER

After preliminary consideration of Defendant's motion to vacate, set aside, or correct sentence imposed by this Court, [ECF No. 26], it is now

ORDERED that the United States Attorney on or before February 29, 20 12, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   January 28, 2012

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel, Senior Circuit Judge
United States District Court