IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Nos. 11-cr-00199-DME/12-cv-00178-DME
Related Case: 11-cr-00022-DME/12-cv-00177-DME

UNITED STATES OF AMERICA,

v.

MARTIN HERRERA CRUZ,

Defendant.

## ORDER

IT IS ORDERED that the Evidentiary Hearing previously scheduled in this matter has been <u>rescheduled</u> for a half-day hearing to occur on **May 29, 2013 at 9:00 a.m. (Mountain Standard Time).** Witness and exhibit lists are to be exchanged between the parties no later than May 15, 2013, and the parties are to contact the Court at (303) 844-3800, informing the Court of the full names and contact telephone numbers of any witnesses who will be testifying at the hearing via telephone no later than May 16, 2013.

DATED this   5th   day of March, 2013.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge
District of Colorado